NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PANDUIT CORP.,**

*Plaintiff-Appellant*

**v.**

**CORNING INCORPORATED,**

*Defendant-Appellee*

---

2022-1167

---

Appeal from the United States District Court for the Eastern District of North Carolina in No. 5:18-cv-00229-FL, Judge Louise Wood Flanagan.

---

**ON MOTION**

---

Before PROST, TARANTO, and STOLL, *Circuit Judges.*

PER CURIAM.

## O R D E R

Upon consideration of Panduit Corp.'s unopposed motion to voluntarily dismiss the above-captioned appeal pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

2                                    PANDUIT CORP. v. CORNING INCORPORATED

The motion is granted. The appeal is dismissed with each side to bear its own costs.

FOR THE COURT

October 6, 2022                          /s/ Peter R. Marksteiner
        Date                             Peter R. Marksteiner
                                         Clerk of Court

ISSUED AS A MANDATE: October 6, 2022